# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 24, 2026

Lyle W. Cayce
Clerk

No. 25-60480
Summary Calendar

———————

MANJIT SINGH,

*Petitioner*,

*versus*

TODD WALLACE BLANCHE, *Acting U.S. Attorney General*,

*Respondent.*

———————————————————

Petition for Review of an Order of
the Board of Immigration Appeals
Agency No. A091 731 672

———————————————————

Before SMITH, GRAVES, and WILSON, *Circuit Judges.*

PER CURIAM:[*]

Manjit Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals ("BIA") denying his motion to reopen. Because the petition was filed more than 30 days after the BIA's decision, it is DISMISSED for want of jurisdiction as untimely. *See Liao v. Bondi*, 162 F.4th 519, 525 (5th Cir. 2025); *Ramos-Lopez v. Lynch*, 823 F.3d 1024, 1027 (5th Cir. 2016); 8 U.S.C. § 1252(b)(1).

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.